AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF___NEVADA___

RANDY M. STONE,

        Petitioner,               JUDGMENT IN A CIVIL CASE

  V.

                            CASE NUMBER: **3:08-CV-00172-RCJ-VPC**

JACK PALMER, et al.,

        Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY. Petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

   08/02/2011                              **LANCE S. WILSON**
                                         Clerk

                                   /s/ P. McDonald
                                   Deputy Clerk